*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    521588
_____

In the Matter of DARRELL
    McCORKLE,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

DARWIN E. LaCLAIR, as
    Superintendent of Franklin
    Correctional Facility,
    et al.,
                        Respondents.
_____

Calendar Date:  May 3, 2016

Before:  Peters, P.J., Garry, Rose, Lynch and Clark, JJ.

_____

        Darrell McCorkle, Coxsackie, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Franklin Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Garry, Rose, Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court